IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DEBORAH BOSTICE-BALL,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:13-cv-868-O |
| **WELLS FARGO BANK, N.A. et al.,** | § § § | |
| Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Petitioner's objections are therefore **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court. Accordingly, Defendant Barrett Daffin Frappier Turner & Engel, LLP's Motion to Dismiss (ECF No. 8) is hereby **GRANTED**, and Barrett Daffin Frappier Turner & Engel, LLP is hereby **DISMISSED** as a defendant in this suit.

SO ORDERED on this **13th day of January, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE